SCOTT M. MAHONEY (Nev. Bar No. 1099)
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
smahoney@fisherphillips.com

DONALD R. LIVINGSTON (DC Bar No. 436063)
ESTHER G. LANDER (DC Bar No. 461316)
Admitted pro hac vice
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
dlivingston@akingump.com
elander@akingump.com

Attorneys for Defendant
DESERT PALACE, INC., d/b/a CAESARS PALACE

KATHLEEN J. ENGLAND
GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, NV 89101
Telephone: (702) 529-2311
Facsimile: (301) 608-0881
kengland@gilbertenglandlaw.com

Attorney for Plaintiffs
WILLIAM J. BERRY, JR.; CYNTHIA FALLS; and
SHANE KAUFMAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR.; CYNTHIA FALLS; and SHANE KAUFMAN,<br><br>Plaintiffs,<br><br>v.<br><br>DESERT PALACE, INC., d/b/a CAESARS PALACE; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00019-GMN-PAL<br><br>**STIPULATION AND ORDER RE: FEDERAL RULE OF EVIDENCE 502(d)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs WILLIAM J. BERRY, JR., CYNTHIA FALLS, and SHANE KAUFMANN and Defendant DESERT PALACE, INC., d/b/a CAESARS PALACE, by and through their respective counsel of record, as follows:

1. The production of privileged or work-product protected documents, ESI or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

Dated: October 6, 2017

By: _____/s/_____
SCOTT M. MAHONEY
Fisher & Phillips LLP
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101

DONALD R. LIVINGSTON
ESTHER G. LANDER
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

*Attorneys for Defendant,
Desert Palace, Inc., d/b/a
Caesars Palace*

Dated: October 6, 2017

By: /s/ Kathleen J. England
KATHLEEN J. ENGLAND
Gilbert & England Law Firm
610 South Ninth Street
Las Vegas, NV 89101

*Attorney for Plaintiffs,
William J. Berry, Jr., Cynthia
Falls, and Shane Kaufmann*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

Dated: October 17, 2017

2