KATHLEEN J. ENGLAND, Nevada Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone: 702.529.2311
E-mail: kengland@gilbertenglandlaw.com

JASON R. MAIER, Nevada Bar No. 8557
DANIELLE J. BARRAZA, Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail: jrm@mgalaw.com
        djb@mgalaw.com

*Attorneys for Plaintiffs William J. Berry, Jr.,*
*Cynthia Falls and Shane Kaufmann*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR.; CYNTHIA FALLS; SHANE KAUFMANN,<br><br>Plaintiffs,<br><br>vs.<br><br>DESERT PALACE, INC. d/b/a CAESARS PALACE; et al.,<br><br>Defendants. | Case No.: 2:17-cv-00019-GMN-PAL<br><br>**STIPULATION FOR PLAINTIFFS' REQUEST FOR AN ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE A RESPONSE TO DEFENDANT'S MOTION TO SEVER PLAINTIFF WILLIAM J. BERRY, JR. [ECF NO. 29]**<br><br>**(Second Request)** |

TO:     THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD.

Plaintiffs William J. Berry, Jr., Cynthia Falls, and Shane Kaufmann, and defendant Desert Palace, Inc. d/b/a Caesars Palace, by and through their undersigned counsel, hereby agree to a second extension of time for Plaintiffs to respond to Defendant's motion to sever the claims of Plaintiff William J. Berry, Jr. [ECF No. 29] (motion filed on September 15, 2017). Under FRCP, the local rules, and a prior extension, Plaintiffs' response is currently due the date of this filing, October 9, 2017. This second extension is being requested by Plaintiffs' counsel to allow the parties to continue their discussions regarding

1

setting up and scheduling a mediation session and a potential stay of the case pending mediation.

Accordingly, in the interest of minimizing attorneys' fees and costs and encouraging professional courtesy for extensions and settlement discussions, the parties are respectfully requesting a second brief extension on Plaintiffs' deadline to respond to ECF No. 29. Upon finalizing the details for the mediation session, the parties will report the same to the Court and may request a stay of litigation as to ECF No. 29. In the event the parties decide against mediation, the parties agree that Plaintiffs' deadline to respond to ECF No. 29 should be October 19, 2017.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties have agreed to request Court approval of Plaintiffs' oppositional response time to and including October 19, 2017.  This extension will not unduly delay this matter in any way.

DATED this 9th day of October, 2017.

DATED this 9th day of October, 2017.

**GILBERT & ENGLAND LAW FIRM**

**FISHER & PHILLIPS LLP**

*/s/*

*/s/*

KATHLEEN J. ENGLAND
Nevada Bar No. 206
610 South Ninth Street
Las Vegas, Nevada 89101

SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street Suite 1500
Las Vegas, Nevada 89101

JASON R. MAIER
Nevada Bar No. 8557
DANIELLE J. BARRAZA
Nevada Bar No. 13822
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

Donald R. Livingston (pro hac vice)
Esther G. Lander (pro hac vice)
AKIN GUMP STRAUSS HAUER & FIELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

*Attorneys for Plaintiffs William J. Berry, Jr., Cynthia Falls and Shane Kaufmann*

*Attorneys for Defendant Desert Palace, Inc. d/b/a Caesars Palace*

**ORDER**

IT IS SO ORDERED this 18th day of ___October_____, 2017.

**United States Magistrate Judge**

3