KATHLEEN J. ENGLAND, Nevada Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone: 702.529.2311
E-mail: kengland@gilbertenglandlaw.com

JASON R. MAIER, Nevada Bar No. 8557
DANIELLE J. BARRAZA, Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail: jrm@mgalaw.com
djb@mgalaw.com

*Attorneys for Plaintiffs William J. Berry, Jr.,
Cynthia Falls and Shane Kaufmann*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR.; CYNTHIA FALLS; SHANE KAUFMANN,<br><br>Plaintiffs,<br><br>vs.<br><br>DESERT PALACE, INC. d/b/a CAESARS PALACE; et al.,<br><br>Defendants. | Case No.: 2:17-cv-00019-GMN-PAL<br><br>**STIPULATION FOR PLAINTIFFS' REQUEST FOR AN ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE A RESPONSE TO DEFENDANT'S MOTION TO SEVER PLAINTIFF WILLIAM J. BERRY, JR. [ECF NO. 29]**<br><br>**(First Request)** |

TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD.

Plaintiffs William J. Berry, Jr., Cynthia Falls, and Shane Kaufmann, and defendant Desert Palace, Inc. d/b/a Caesars Palace, by and through their undersigned counsel, hereby agree to extend the time for plaintiffs to respond to defendant's motion to sever the claims of Plaintiff William J. Berry, Jr. [ECF No. 29] filed on September 15, 2017.  Under FRCP and the local rules, Plaintiffs' response is currently due September 29, 2017.  This extension is requested by Plaintiffs' counsel, as new associating counsel MAIER GUTIERREZ & ASSOCIATES has only recently received the file and needs additional time to

1

review the underlying pleadings so that a thorough opposition can be prepared, and Defendant's counsel agreed to the extension as a professional courtesy.

The parties have agreed to request Court approval of Plaintiffs' oppositional response time to and including October 9, 2017. This extension will not unduly delay this matter in any way.

DATED this __ day of September, 2017.  DATED this __ day of September, 2017.

**GILBERT & ENGLAND LAW FIRM**  **FISHER & PHILLIPS LLP**

*/s/*  */s/*

KATHLEEN J. ENGLAND
Nevada Bar No. 206
610 South Ninth Street
Las Vegas, Nevada 89101

JASON R. MAIER
Nevada Bar No. 8557
DANIELLE J. BARRAZA
Nevada Bar No. 13822
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiffs William J. Berry, Jr., Cynthia Falls and Shane Kaufmann*

SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street Suite 1500
Las Vegas, Nevada 89101

Donald R. Livingston (pro hac vice)
Esther G. Lander (pro hac vice)
AKIN GUMP STRAUSS HAUER & FIELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

*Attorneys for Defendant Desert Palace, Inc. d/b/a Caesars Palace*

**ORDER**

IT IS SO ORDERED this 23rd day of __October__, 2017.

_____
**UNITED STATES Magistrate JUDGE**