SCOTT M. MAHONEY (Nev. Bar No. 1099)
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
smahoney@fisherphillips.com

DONALD R. LIVINGSTON (DC Bar No. 436063)
ESTHER G. LANDER (DC Bar No. 461316)
Admitted pro hac vice
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
dlivingston@akingump.com
elander@akingump.com

Attorneys for Defendant
DESERT PALACE, INC., d/b/a CAESARS PALACE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR.; CYNTHIA FALLS; and SHANE KAUFMAN,<br><br>Plaintiffs,<br><br>v.<br><br>DESERT PALACE, INC., d/b/a CAESARS PALACE; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00019-GMN-PAL<br><br>**STIPULATION AND ORDER TO STAY LITIGATION PENDING OUTCOME OF MEDIATION** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs WILLIAM J. BERRY, JR., CYNTHIA FALLS, and SHANE KAUFMANN and Defendant DESERT PALACE, INC., d/b/a CAESARS PALACE, by and through their respective counsel of record, that the current proceedings be **stayed** pending the outcome of a mediation between the parties, which will be set in early December 2017. The parties state as follows:

1. This matter was commenced on January 3, 2017 [ECF No. 1].

2. On June 2, 2017, the Court granted the parties' proposed discovery plan/scheduling order [ECF No. 25], which set December 29, 2017 as the discovery cut-off date in this matter.

3. On June 26, 2017, the parties took part in an Early Neutral Evaluation Conference with Magistrate Judge George Foley, Jr. [*see* ECF No. 27].  The case continued on the normal litigation track because no settlement was reached.

4. The parties have thereafter engaged in extensive written discovery and document productions to each other.

5. On September 15, 2017, defendant filed a motion to sever the claims of William J. Berry, Jr. [ECF No. 29].  Plaintiffs' response was initially due on September 29, 2017, but the parties agreed to extend time for plaintiffs to respond due to new associating counsel joining the matter on plaintiffs' behalf [*see* ECF No. 32].

6. During this first extension of time, the lead counsel for the parties conferred on several occasions regarding the issues in the case and whether it would be wise to explore mediation.  The parties therefore agreed to a second, and subsequently a third, extension of time for plaintiffs to respond to defendant's motion to sever to allow the parties to continue their discussions regarding setting up and scheduling a mediation session within the next two months [*see* ECF Nos. 35, 38].

7. As the discussions have progressed, the parties have decided to move forward with mediation, have agreed to an outside mediator, and are in the process of finalizing terms and a mutually agreeable date for the mediation, which will be set on December 5th, 12th, 13th, or 14th of 2017.

8. The parties have further agreed to file the instant Stipulation and Order seeking to stay all proceedings in this matter, including the adjournment of the following deadlines until after the mediation is concluded:

    (i) Plaintiffs' deadline to respond to defendant's motion to sever the claims of William J. Berry, Jr. [ECF No. 29];

| | | |
|---|---|---|
|1| (ii) | The discovery deadlines set forth in the discovery plan/scheduling |
|2| | order [ECF No. 25]; |
|3| (iii) | Defendant's deadline to respond to Plaintiffs' 5th Set of Requests |
|4| | to Produce Documents; and |
|5| (iv) | Defendant's deadline to search for and produce responsive |
|6| | electronically stored information (ESI) in response to Plaintiffs' |
|7| | Requests to Produce Nos. 12, 16, 17, and 18. |

9. The parties will file an interim status report on Monday, October 30, 2017, as currently required by Local Rule LR 26-3.

10. The parties will also file a status report informing this Court of the status of the matter within seven (7) days of completion of the mediation. If mediation is not successful, the parties' report will include new proposed deadlines for the discovery cut-off, expert disclosures, dispositive motions, the joint pre-trial order, plaintiffs' response to ECF No. 29, defendant's production of ESI, and defendant's response to plaintiff's Fifth Set of Requests to Produce Documents.

11. A stay in this matter will allow the parties an opportunity to attempt to settle this litigation without incurring any more fees and costs than absolutely necessary, thereby promoting the interests of judicial economy and efficiency. No prejudice would result to any party if this joint Stipulation and Order is granted.

12. This stipulation is made in good faith to allow the parties to make diligent and sincere efforts to resolve the matter without further involvement of the Court and is not for the purpose of causing any undue delay.

IT IS SO STIPULATED.

Dated: October 26, 2017                              Dated: October 26, 2017

By: ____*/s/ Esther G. Lander*_____       By:    */s/ Danielle J. Barraza*_____
    SCOTT M. MAHONEY                                 KATHLEEN J. ENGLAND
    Fisher & Phillips LLP                            Gilbert & England Law Firm
    300 S. Fourth Street, Suite 1500                 610 South Ninth Street
    Las Vegas, NV 89101                              Las Vegas, NV 89101

| DONALD R. LIVINGSTON | JASON R. MAIER |
| ESTHER G. LANDER | DANIELLE J. BARRAZA |
| Akin Gump Strauss Hauer & Feld LLP | Maier Gutierrez & Associates |
| 1333 New Hampshire Avenue, N.W. | 8816 Spanish Ridge Avenue |
| Washington, D.C. 20036 | Las Vegas, NV 89148 |
| | |
| *Attorneys for Defendant,* | *Attorneys for Plaintiffs,* |
| *Desert Palace, Inc., d/b/a* | *William J. Berry, Jr., Cynthia* |
| *Caesars Palace* | *Falls, and Shane Kaufmann* |

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

Dated: October 31, 2017