1  SCOTT M. MAHONEY (Nev. Bar No. 1099)
   FISHER & PHILLIPS LLP
2  300 S. Fourth Street, Suite 1500
   Las Vegas, NV 89101
3  Telephone: (702) 252-3131
   Email: smahoney@fisherphillips.com
4
   DONALD R. LIVINGSTON (DC Bar No. 436063)
5  ESTHER G. LANDER (DC Bar No. 461316)
   Admitted pro hac vice
6  AKIN GUMP STRAUSS HAUER & FELD LLP
   1333 New Hampshire Avenue, N.W.
7  Washington, D.C. 20036
   Telephone: (202) 887-4000
8  Email: dlivingston@akingump.com; elander@akingump.com

9  *Attorneys for Defendant*
   *DESERT PALACE, INC., d/b/a CAESARS PALACE*

10

11                      UNITED STATES DISTRICT COURT

12                            DISTRICT OF NEVADA

13

14  WILLIAM J. BERRY, JR.; CYNTHIA
    FALLS; and SHANE KAUFMANN
15                                              Case No. 2:17-cv-00019-GMN-PAL
              Plaintiffs,
16
    v.                                          **STIPULATION FOR DEFENDANTS'**
17                                              **REQUEST FOR AN ORDER TO EXTEND**
    DESERT PALACE, INC., d/b/a                  **DEFENDANT'S DEADLINE TO FILE A**
18  CAESARS PALACE; et al.,                     **REPLY IN SUPPORT OF DEFENDANT'S**
                                                **MOTION TO SEVER PLAINTIFF**
19            Defendant.                        **WILLIAM J. BERRY, JR. [ECF NO. 29]**

20                                              **(First Request)**

21  TO:    THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD.

22         Plaintiffs WILLIAM J. BERRY, JR., CYNTHIA FALLS, and SHANE KAUFMANN and

23  Defendant DESERT PALACE, INC., D/B/A CAESARS PALACE, by and through their

24  undersigned counsel, hereby agree to extend the time for defendant to file its reply in support of

25  defendant's motion to sever the claims of plaintiff William J. Berry, Jr. [ECF No. 29] filed on

26  September 15, 2017. Plaintiffs filed their response to defendant's motion on December 27, 2017,

27  after several extensions were granted and the litigation was stayed pending the outcome of the

28  parties' (unsuccessful) December 13, 2017 mediation. Under the Federal Rules of Civil Procedure

and the Court's local rules, Defendant's reply is currently due January 3, 2018. However, the parties agreed to a reply deadline of January 10, 2018 in the their Second Joint Status Report [ECF No. 49] and Proposed Discovery Plan/Scheduling Order [ECF No. 52], currently pending before the Court. This extension is requested by defense counsel because the parties' proposed Discovery Plan/Scheduling Order has not yet been approved by the Court, defendant needs additional time to prepare its reply due to the intervening holiday, and plaintiffs' counsel agreed to the extension as a professional courtesy. An extension until January 10, 2018, will not unduly delay this matter in any way.

Dated: January 2, 2018

By: /s/*Esther G. Lander*
SCOTT M. MAHONEY
Fisher & Phillips LLP
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101

DONALD R. LIVINGSTON
ESTHER G. LANDER
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

*Attorneys for Defendant,*
*Desert Palace, Inc., d/b/a*
*Caesars Palace*

Dated: January 2, 2018

By: /s/ *Kathleen J. England*
KATHLEEN J. ENGLAND
Gilbert & England Law Firm
610 South Ninth Street
Las Vegas, NV 89101

JASON R. MAIER
DANIELLE J. BARRAZA
Maier Gutierrez & Associates
8816 Spanish Ridge Avenue
Las Vegas, NV 89148

*Attorneys for Plaintiffs,*
*William J. Berry, Jr., Cynthia*
*Falls, and Shane Kaufmann*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

Dated: January 4, 2018

2