SCOTT M. MAHONEY ESQ.
Nev. Bar No. 1099
FISHER & PHILLIPS LLP
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Tel.: 702.252.3131
*smahoney@fisherphillips.com*

DONALD R. LIVINGSTON (*pro hac vice* to be filed)
ESTHER G. LANDER (*pro hac vice* to be filed)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, D.C. 20036-1564
Telephone:  202.887.4000
*dlivingston@akingump.com*
*elander@akingump.com*

Attorneys for Defendant
Desert Palace, Inc. dba Caesars Palace

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR.; CYNTHIA FALLS; and SHANE KAUFMANN, <br><br>Plaintiffs,<br><br>vs.<br><br>DESERT PALACE, INC., d/b/a CAESARS PALACE; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant. | Case No. 2:17-cv-00019-GMN-PAL <br><br><br>**MOTION TO WITHDRAW COUNSEL** |

Pursuant to LR IA 11-6(b), Defendant Desert Palace, Inc., d/b/a/ Caesars Palace, through counsel of record, moves to withdraw the appearance of Donald R. Livingston, who soon will no longer be associated with Akin Gump Strauss Hauer & Feld LLP and no longer representing Defendant in the above-captioned action.  The withdrawal of Mr. Livingston will not be cause for delay.  Defendant will continue to be represented by Esther G. Lander of Akin Gump Strauss Hauer & Feld LLP, and Scott M. Mahoney of Fisher & Phillips.

WHEREFORE, Defendant respectfully requests that this Court enter an order permitting the withdrawal of Donald R. Livingston as counsel for Defendant and that the clerk remove his name from the list of persons authorized to receive electronic notices in this action.

DATED: February 22, 2018                    Respectfully submitted,

 /s/ Donald R. Livingston
SCOTT M. MAHONEY, ESQ.
FISHER & PHILLIPS LLP
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101

DONALD R. LIVINGSTON
ESTHER G. LANDER
AKIN GUMP STRAUSS HAUER
   & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: 202.887.4000

Attorneys for Defendant
Desert Palace, Inc. dba Caesars Palace

**CERTIFICATE OF ELECTRONIC SERVICE**

This is to certify that on the 22nd day of February, 2018, the undersigned, electronically filed the foregoing Motion to Withdraw as Counsel with the U.S. District Court, and a copy was electronically transmitted from the court to the e-mail address on file for:

Kathleen J. England

and upon Defendant Desert Palace, Inc., d/b/a/ Caesars Palace via e-mail as follows:

Kelly Kichline
Sr. Counsel, Employment Law
Caesars Entertainment Group
One Caesars Palace drive
Las Vegas, NV 89109
KKichline@caesars.com

By: /s/ Donald R. Livingston