1  PATRICK H. HICKS (Nev. Bar No. 4832)
   LITTLER MENDELSON P.C.
2  3960 Howard Hughes Parkway, Suite 300
   Las Vegas, NV 89169
3  Telephone: (702) 862-8800
   *phicks@littler.com*
4
   SCOTT M. MAHONEY (Nev. Bar No. 1099)
5  FISHER & PHILLIPS LLP
   300 S. Fourth Street, Suite 1500
6  Las Vegas, NV 89101
   Telephone: (702) 252-3131
7  *smahoney@fisherphillips.com*
8  ESTHER G. LANDER (DC Bar No. 461316)
   Admitted *pro hac vice*
9  AKIN GUMP STRAUSS HAUER & FELD LLP
   1333 New Hampshire Avenue, N.W.
10 Washington, D.C. 20036
   Telephone: (202) 887-4000
11 *elander@akingump.com*
12 WILLIAM J. EDELMAN (CA Bar No. 285177)
   Admitted *pro hac vice*
13 AKIN GUMP STRAUSS HAUER & FELD LLP
   580 California Street, Suite 1500
14 San Francisco, CA 94104
   Telephone: (415) 765-9532
15 *wedelman@akingump.com*
16 Attorneys for Defendant
   DESERT PALACE, INC., d/b/a CAESARS PALACE

17

**UNITED STATES DISTRICT COURT**

18

**DISTRICT OF NEVADA**

19

20

|  |  |
|---|---|
| WILLIAM J. BERRY, JR.; CYNTHIA FALLS; and SHANE KAUFMANN, | |
| Plaintiffs, | Case No. 2:17-cv-00019-GMN-PAL |
| v. | |
| DESERT PALACE, INC., d/b/a CAESARS PALACE; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive, | **STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |
| | **(Third Request)** |
| Defendants. | |

21

22

23

24

25

26

27      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs WILLIAM J.

28 BERRY, JR., CYNTHIA FALLS, and SHANE KAUFMANN and Defendant DESERT

PALACE, INC., d/b/a CAESARS PALACE ("Caesars"), by and through their respective counsel

of record, that (i) the deadline for completion of depositions be extended from the current

discovery cutoff date of August 24, 2018, to October 21, 2018; (ii) the deadline for written

discovery related to new information disclosed during the depositions of Maggie Gong, Dan

Burdalski, and Kim Williams, be extended from July 25, 2018, to August 16, 2018; and the

dispositive motion deadline be extended from September 24, 2018, to November 30, 2018.  This

is the parties' third stipulation to extend discovery deadlines.  The parties state as follows:

## DISCOVERY COMPLETED

1.  Plaintiffs filed suit on January 3, 2017 (ECF No. 1).

2.  Discovery has twice been stayed while the parties attended mediation sessions on

October 31, 2017 (ECF No. 45) and May 8, 2018 (ECF No. 73).

3.  To date, as a group, plaintiffs William J. Berry, Jr., Shane Kaufmann, and Cynthia Falls

have:

      (i)    Made initial disclosures on or about May 24, 2017;

      (ii)   Propounded 14 sets of requests for production (RFP) of documents, totaling

           99 individual requests;

      (iii) Propounded 3 sets of interrogatories, totaling 59 individual interrogatories;

      (iv)  Noticed the depositions of 3 individuals and Caesars' corporate

           representative on two subjects.  Following a meet and confer regarding

           scheduling, the depositions are scheduled for, August 2, 2-18 (30(b)(6)),

           August 3, 2018 (Kim Williams), August 8, 2018 (Maggie Gong), and August

           9, 2018 (Dan Burdalski).

4.  To date,  Caesars has:

      (i)    Made initial disclosures on or about May 26, 2017, and supplemented those

           disclosures in April and July 2018;

      (ii)   Propounded 6 sets of requests for production (RFP) of documents, totaling 88

           individual requests;

(iii) Propounded 3 sets of interrogatories, totaling 40 individual interrogatories; and

(iv) Deposed the three plaintiffs.[1]

5. Caesars has produced 25,747 pages of documents and responsive video files.

6. Plaintiffs have produced 2,576 pages of documents and one audio record.

## DISCOVERY REMAINING

7. The parties agree that an extension of the discovery deadline to October 21, 2018, to complete depositions is appropriate. Caesars reserves its right to object to depositions exceeding the ten provided for under Rule 30(a)(2).

8. The parties agree that plaintiffs should have an opportunity to propound written discovery related to new information disclosed during the depositions of Maggie Gong, Dan Burdalski, and Kim Williams, though Caesars reserves all objections to the substance of such discovery requests.

9. Plaintiffs reserve their right to seek relief from the Court for additional discovery beyond what Caesars has agreed to in this stipulation.

## JUSTIFICATION

10. Plaintiffs began noticing the pending depositions between June 28, 2018, and July 3, 2018. The parties met and conferred in good faith regarding scheduling. In light of plaintiffs' counsel's accommodations of the deponents' scheduling conflicts, and in light of plaintiffs' counsel's unexpected family medical issues which will require additional flexibility and absence in August (when discovery is scheduled to end on August 24), the parties agree that a brief extension to October 21, 2018, to complete depositions is appropriate. The parties also agree that written discovery related to new information disclosed during the depositions of Maggie Gong, Dan Burdalski, and Kim Williams, which could have been served in advance of the currently-

---

[1] The depositions of plaintiffs Kaufmann and Falls are not yet completed. Caesars completed its direct examination of each plaintiff, and plaintiff's counsel began questioning each, but did not finish. The parties continue to discuss continuation of those depositions.

scheduled discovery cutoff absent accommodation of the deponents' scheduling conflicts, is appropriate.

## **PROPOSED SCHEDULE**

11.

| Scheduled Event | Current Deadline | Proposed NEW Deadline |
| --- | --- | --- |
| Completion of depositions | August 24, 2018 | October 21, 2018 |
| Service of written discovery related to new information disclosed during the depositions of Maggie Gong, Dan Burdalski, and Kim Williams | July 25, 2018 | August 16, 2018 |
| Dispositive Motions | September 24, 2018 | November 30, 2018 |
| Joint Pretrial Order | 30 days after dispositive motion deadline if no dispositive motions filed, or 30 days after decision on any dispositive motion(s) | Unchanged |

12. This stipulation is made in good faith to allow the parties to continue to make diligent and sincere efforts to complete discovery and is not for the purpose of causing any undue delay, and the parties agree that good cause therefor exists for the stipulated extensions.

IT IS SO STIPULATED.

Dated: August 1, 2018

By:   /s/*Patrick H. Hicks*
PATRICK H. HICKS
Littler Mendelsohn P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169

ESTHER G. LANDER
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W
Washington, D.C. 20036

Dated: August 1, 2018

By:   /s/ *Kathleen J. England*
KATHLEEN J. ENGLAND
Gilbert & England Law Firm
610 South Ninth Street
Las Vegas, NV 89101

JASON R. MAIER
DANIELLE J. BARRAZA
Maier Gutierrez & Associates
8816 Spanish Ridge Avenue
Las Vegas, NV 89148

WILLIAM J. EDELMAN
Akin Gump Strauss Hauer & Feld LLP      *Attorneys for Plaintiffs,*
580 California Street, Suite 1500        *William J. Berry, Jr., Cynthia*
San Francisco, CA 94104                  *Falls, and Shane Kaufmann*

SCOTT M. MAHONEY
Fisher & Phillips LLP
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101


*Attorneys for Defendant,*
*Desert Palace, Inc., d/b/a*
*Caesars Palace*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

Dated: __August 10, 2018__