PATRICK H. HICKS, ESQ., Bar # 4632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com

ESTHER G. LANDER (DC Bar No. 461316)
Admitted *pro hac vice*
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Email: elander@akingump.com

Attorneys for Defendant
DESERT PALACE, INC.
d/b/a CAESARS PALACE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR., CYNTHIA FALLS, and SHANE KAUFMANN,<br><br>Plaintiff(s),<br><br>vs.<br><br>DESERT PALACE, INC., d/b/a CAESARS PALACE, DOES I through x, et al.<br><br>Defendant(s). | Case No. 2:17-cv-00019-GMN-PAL<br><br>**STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs WILLIAM J. BERRY, JR., CYNTHIA FALLS, and SHANE KAUFMANN ("Plaintiffs") and Defendant DESERT PALACE, INC. d/b/a CAESARS PALACE ("Caesars"), by and through their respective counsel of record, that the dispositive motion deadline be extended in light of the filing of Plaintiffs' Motion for Reconsideration of Order Denying Emergency Motion to Extend Discovery Deadlines (ECF No. 86) as explained further below. (ECF No. 87).

///

FIRMWIDE:160569473.1 083558.1241

Per the parties' Stipulation and Order to Extend Discovery and Dispositive Motion Deadlines (Third Request), discovery concluded in this case on October 22, 2018 and the dispositive motions deadline is November 30, 2018. (ECF No. 83). On October 22, 2018, Plaintiffs filed an emergency motion to extend the discovery deadline so that they could take more than 20 additional depositions. (ECF No. 84). By Order dated October 31, 2018, this Court denied Plaintiffs' Motion to Extend Discovery Deadlines. (ECF No. 86).

In view of the closed record, the Court's denial of Plaintiffs' emergency motion, and the looming November 30 dispositive motions deadline, Caesars' motion seeking summary judgment is near complete. However, on November 13, 2018, Plaintiffs moved for reconsideration of the Court's Order denying their emergency motion. (ECF No. 87). Caesars' response to Plaintiffs' Motion for Reconsideration is due on or before November 27, 2018.

Caesars was fully prepared to file its motion for summary judgment by the November 30 deadline. However, at this juncture Plaintiffs' Motion for Reconsideration feasibly cannot be ruled upon before this Court's November 30 dispositive motions deadline. And, in the event that the Court grants any part of the relief sought by Plaintiffs, the record will no longer be closed, which will inevitably require Caesars to significantly revise and modify its currently-drafted motion for summary judgment. In view of this timing conundrum, the parties hereby stipulate to extend the deadline for filing dispositive motions until this Court rules on Plaintiffs' Motion for Reconsideration. Specifically, the parties stipulate to extend the deadline for filing dispositive motions until either two (2) weeks from the date of the Court's order denying Plaintiffs' Motion for Reconsideration, or until such other time following the close of discovery that the Court so orders should the Court grant any part of Plaintiffs' Motion for Reconsideration.

///
///
///
///
///
///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

FIRMWIDE:160569473.1 083558.1241

This is the parties' first stipulation to specifically extend the dispositive motion deadline. This stipulation is made in good faith in order for the parties to avoid incurring unnecessary legal fees. This stipulation is not for the purpose of causing any undue delay, and the parties agree that good cause therefore exists for the extension.

Dated: November 19, 2018.            Dated: November 19, 2018

*/s/ Kathleen J. England, Esq.*         */s/ Patrick H. Hicks, Esq.*
KATHLEEN J. ENGLAND, ESQ.      PATRICK H. HICKS, ESQ.
Gilbert & England Law Firm            Littler Mendelson, P.C.

JASON R. MAIER                    ESTHER G. LANDER
DANIELLE J. BARRAZA            Akin Gump Strauss Hauer & Feld, LLP
Maier Gutierrez & Associates

Attorneys for Defendant
Attorneys for Plaintiffs                DESERT PALACE, INC.
William H. Berry Jr., Cynthia Falls, and    dba CAESARS PALACE
Shane Kaufmann

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of November, 2018.

3.

FIRMWIDE:160569473.1 083558.1241

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800