KATHLEEN J. ENGLAND, Nevada Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone: 702.529.2311
E-mail: kengland@gilbertenglandlaw.com

JASON R. MAIER, Nevada Bar No. 8557
DANIELLE J. BARRAZA, Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail: jrm@mgalaw.com
djb@mgalaw.com

*Attorneys for Plaintiffs William J. Berry, Jr.,
Cynthia Falls and Shane Kaufmann*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR.; CYNTHIA FALLS; SHANE KAUFMANN,<br><br>Plaintiffs,<br><br>vs.<br><br>DESERT PALACE, INC. d/b/a CAESARS PALACE; et al.,<br><br>Defendants. | Case No.: 2:17-cv-00019-GMN-PAL<br><br>**STIPULATION AND REQUEST FOR AN ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 99]**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs WILLIAM J. BERRY, JR., CYNTHIA FALLS, AND SHANE KAUFMANN ("Plaintiffs") and Defendant DESERT PALACE, INC., d/b/a CAESARS PALACE ("Caesars"), by and through their respective counsel of record, that the deadline for Plaintiffs to respond to Caesars' motion for summary judgment [ECF No. 99] be extended for two weeks, from January 30, 2019 to and including **February 14, 2019**. Likewise, Caesars shall have an additional two weeks to file its reply brief up to and including **March 14, 2019**.

1

This extension was requested by Plaintiffs' counsel, who need additional time to prepare and file a thorough opposition to this dispositive motion (that contains 37 exhibits alone), which was filed on January 9, 2019 after the Court issued a decision denying the reopening of discovery. This brief extension will not unduly delay this matter.

DATED this 23rd day of January, 2019.   DATED this 23rd day of January, 2019.

**GILBERT & ENGLAND LAW FIRM**   **LITTLER MENDELSON, P.C.**

*/s/ Danielle J. Barraza*   */s/ Patrick H. Hicks*
KATHLEEN J. ENGLAND   PATRICK H. HICKS
Nevada Bar No. 206   Nevada Bar No. 4832
610 South Ninth Street   3960 Howard Hughes Parkway, Ste. 300
Las Vegas, Nevada 89101   Las Vegas, NV 89169

JASON R. MAIER   ESTHER G. LANDER (pro hac vice)
Nevada Bar No. 8557   AKIN GUMP STRAUSS HAUER FELD LLP
DANIELLE J. BARRAZA   1333 New Hampshire Avenue, NW
Nevada Bar No. 13822   Washington, DC 20036-1564
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Avenue   WILLIAM J. EDELMAN (pro hac vice)
Las Vegas, Nevada 89148   AKIN GUMP STRAUSS HAUER FELD LLP
    580 California Street, Suite 1500
*Attorneys for Plaintiffs William J.*   San Francisco, CA 94104
*Berry, Jr., Cynthia Falls and Shane*
*Kaufmann*

*Attorneys for Defendant Desert Palace,*
*Inc. d/b/a Caesars Palace*

**IT IS SO ORDERED.**

Dated this __23__ day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT