KATHLEEN J. ENGLAND, Nevada Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone:   702.529.2311
E-mail:         kengland@gilbertenglandlaw.com

JASON R. MAIER, Nevada Bar No. 8557
DANIELLE J. BARRAZA, Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone:  702.629.7900
Facsimile:   702.629.7925
E-mail:        jrm@mgalaw.com
                    djb@mgalaw.com

*Attorneys for Plaintiffs William J. Berry, Jr., Cynthia Falls and Shane Kaufmann*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM J. BERRY, JR.; CYNTHIA FALLS; SHANE KAUFMANN,<br><br>                        Plaintiffs,<br><br>vs.<br><br>DESERT PALACE, INC. d/b/a CAESARS PALACE; et al.,<br><br>                        Defendants. | Case No.: 2:17-cv-00019-GMN-PAL<br><br>**PLAINTIFFS' CHART OF EXHIBITS FOR THEIR OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, CONTAINED IN THREE APPENDICES**<br><br>**APPENDIX 2** |

| Exhibit # | Description of Document | Appendix |
|---|---|---|
| 1 | William J. Berry Deposition Excerpts | 3 |
| 2 | William Berry NERC Charge of Discrimination dated 10/5/2006 | 1 |
| 3 | Confidential Podium Notes | 3 |

1

| | | |
|---|---|---|
| 4 | Incident Report, Cynthia Tobias | 1 |
| 5 | William Berry Faxed HR Complaint Dated 2/28/2006 | 1 |
| 6 | William Berry Typed Statement to HR Dated 3/3/2006 | 1 |
| 7 | Caesars Investigation Notes March 2006 | 1 |
| 8 | Maureen DesChamps Statement to NERC | 1 |
| 9 | Affidavit of Maureen DesChamps | 1 |
| 10 | 4/30/08 NERC Determination of Discrimination | 1 |
| 11 | William Berry Suspension Document | 1 |
| 12 | William Berry NERC Amended Charge 5/8/09 | 1 |
| 13 | EEOC Affidavit of Antone Rodrigues | 1 |
| 14 | EEOC Onsite Interview of Dean Allen | 1 |
| 15 | EEOC Determination of Discrimination Regarding William Berry Dated 5/22/2015 | 1 |
| 16 | EEOC Notice of Right to Sue Regarding William Berry Dated 9/29/2016 | 1 |
| 17 | Cynthia C. Falls Deposition Excerpts | 3 |
| 18 | Transport Workers Union Letter Dated 1/25/2010 | 1 |
| 19 | Harrah's Letter Dated 2/3/2010 | 1 |
| 20 | Cynthia Falls EEOC Charge of Discrimination | 2 |
| 21 | Cynthia Falls 2010 Descriptions of Discrimination | 3 |
| 22 | Cynthia Falls 2012 Notes of Discrimination | 3 |
| 23 | Falls Notes, 2011, 2012 | 3 |
| 24 | Falls Notes, 2014 | 3 |
| 25 | Compilation of Employee Statements to EEOC | 2 |
| 26 | July 2014 Day Shift Dealers Discrimination | 3 |

|    |                                                                      |   |
|----|----------------------------------------------------------------------|---|
|    | Complaint                                                            |   |
| 27 | Cynthia Falls EEOC Charge of Discrimination Dated 7/23/2014          | 2 |
| 28 | Cynthia Falls Documented Coaching Dated 1/14/2014                    | 2 |
| 29 | EEOC Determination of Discrimination Regarding Cynthia Falls         | 2 |
| 30 | Shane Kaufmann Deposition Excerpts                                   | 3 |
| 31 | Shane Kaufmann Memorandum Dated 2/24/10                              | 2 |
| 32 | Shane Kaufmann Letter Dated 2/28/10                                  | 2 |
| 33 | Shane Kaufmann Charge of Discrimination Dated 10/19/2010             | 2 |
| 34 | Shane Kaufmann Handwritten Notes                                     | 3 |
| 35 | Shane Kaufmann Charge of Discrimination Dated 1/7/2014               | 2 |
| 36 | Shane Kaufmann Letter Dated 1/25/2012                                | 2 |
| 37 | EEOC Determination of Discrimination Regarding Shane Kaufmann        | 2 |
| 38 | Documents Regarding Caesars Full Time Promotions                     | 2 |
| 39 | Kimball Williams Deposition Excerpts                                 | 3 |
| 40 | Caesars Palace Internal Customer Arrangement Information             | 3 |
| 41 | Caesars Table Games Investigation                                    | 3 |
| 42 | Emails Regarding Room B Customers                                    | 2 |
| 43 | Caesars Internal Emails Regarding Customers                          | 3 |
| 44 | Maggie Gong Deposition Excerpts                                      | 3 |

| | | |
|---|---|---|
| 45 | Affidavit of Cynthia Falls | 3 |
| 46 | Affidavit of Shane Kaufmann | 2 |
| 47 | Affidavit of Christopher Palmer | 2 |
| 48 | Affidavit of Stephanie Rose | 2 |
| 49 | Affidavit of Kellie Sesto | 3 |
| 50 | Affidavit of Pamela Duefrene | 2 |
| 51 | Nevada Gaming Board Investigation Documents | 2 |
| 52 | Declaration of William Berry | 2 |
| 53 | Caesars Rule 30(b)(6) Deposition Excerpts | 3 |
| 54 | William Berry Documented Coaching Dated 8/18/08 | 2 |
| 55 | Employee Discipline History | 3 |
| 56 | Telephone Attendance Log | 3 |
| 57 | Declaration of Kathleen J. England | 2 |

Respectfully submitted this 15th day of February, 2019,

/s/ Kathleen J. England

JASON R. MAIER, NV Bar No. 8557
DANIELLE J. BARRAZA, NV Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, NV 89148

Kathleen J. England, NV Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs William J. Berry, Jr., Cynthia Falls, and Shane Kaufmann*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February, 2019, "**PLAINTIFFS' CHART OF EXHIBITS FOR THEIR OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, CONTAINED IN THREE APPENDICES APPENDIX 2**" will be made through the CM/ECF electronic filing and service system, to all on the service list, including:

Esther G. Lander
William J. Edelman
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Ave. NW
Washington, DC 20036-1564

Patrick H. Hicks
LITTLER MENDELSON P.C.
3960 Howard Hughes Pkwy, Ste. 300
Las Vegas, NV 89169

By: __/s/ Danielle Barraza_____

An Employee of MAIER GUTIERREZ & ASSOCIATES