KATHLEEN J. ENGLAND, Nevada Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone:   702.529.2311
E-mail:          kengland@gilbertenglandlaw.com

JASON R. MAIER, Nevada Bar No. 8557
DANIELLE J. BARRAZA, Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile:   702.629.7925
E-mail:       jrm@mgalaw.com
                    djb@mgalaw.com

*Attorneys for Plaintiffs William J. Berry, Jr.,
Cynthia Falls and Shane Kaufmann*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR.; CYNTHIA FALLS; SHANE KAUFMANN,<br><br>                            Plaintiffs,<br><br>vs.<br><br>DESERT PALACE, INC. d/b/a CAESARS PALACE; et al.,<br><br>                            Defendants. | Case No.: 2:17-cv-00019-GMN-PAL<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL APPENDIX 3 OF EXHIBITS IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 10-5(b), Plaintiffs William J. Berry, Jr., Cynthia Falls, and Shane Kaufmann respectfully move this court for entry of an order granting them leave to seal Exhibit 1 (William J. Berry Deposition Excerpts); Exhibit 3 (Podium Notes); Exhibit 17 (Falls Deposition Excerpts); Exhibit 21 (Falls Notes and Descriptions); Exhibit 22 (Falls Notes); Exhibit 23 (Falls Notes); Exhibit 24 (Falls Notes); Exhibit 26 (Dealers Discrimination Complaint); Exhibit 30 (Kaufmann Deposition Excerpts); 34 (Kaufmann Notes); 39 (Williams Deposition Excerpts); 40 (Customer Information); 41 (Investigation); 43 (Internal Emails Re

1

1  Customers); 44 (Gong Deposition Excerpts); 45 (Falls Affidavit); 49 (Sesto Affidavit);
2  53 (Rule 30(b)(6) Deposition Excerpts); 55 (Employee Discipline History); 56
3  (Telephone Attendance Log).  Good cause exhibits to seal these exhibits, as the majority
4  of them have been marked as "Confidential" in discovery, and good cause exists because
5  they contain private, confidential, or proprietary information about Caesars' customers,
6  employees, and/or financial information (or relate to deposition testimony about the
7  same), and thus they constitute "confidential information."  *See* ECF No. 43.

8  Wherefore, for the foregoing reasons, Plaintiffs respectfully request that the court
9  grant Plaintiffs' motion for leave to file the above-mentioned exhibits in support of
10  Plaintiffs' opposition to Defendants' motion for summary judgment under seal to prevent
11  such confidential and proprietary information from being disclosed on the public record.

12  Respectfully submitted this 15th day of February, 2019,

13
    JASON R. MAIER, NV Bar No. 8557                 /s/ Kathleen J. England
14  DANIELLE J. BARRAZA, NV Bar No. 13822            Kathleen J. England, NV Bar No. 206
    **MAIER GUTIERREZ & ASSOCIATES**                 **GILBERT & ENGLAND LAW FIRM**
15  8816 Spanish Ridge Avenue                        610 South Ninth Street
    Las Vegas, NV 89148                              Las Vegas, NV 89101
16  Jr.,                                             *Attorneys for Plaintiffs William J. Berry,*

                                                     *Cynthia Falls, and Shane Kaufmann*

17
18
19
20
21
22
23
24
25
26
27
28

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February, 2019, "**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL APPENDIX 3 OF EXHIBITS IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**" will be emailed and mailed, to all on the service list, including:

Esther G. Lander
William J. Edelman
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Ave. NW
Washington, DC 20036-1564

Patrick H. Hicks
LITTLER MENDELSON P.C.
3960 Howard Hughes Pkwy, Ste. 300
Las Vegas, NV 89169


By: __/s/ Danielle Barraza_____

An Employee of MAIER GUTIERREZ & ASSOCIATES