1  PATRICK H. HICKS (Nev. Bar No. 4632)
   LITTLER MENDELSON P.C.
2  3960 Howard Hughes Parkway, Suite 300
   Las Vegas, NV 89169
3  Telephone: (702) 862-8800
   phicks@littler.com
4
   ESTHER G. LANDER (DC Bar No. 461316)
5  Admitted *pro hac vice*
   AKIN GUMP STRAUSS HAUER & FELD LLP
6  1333 New Hampshire Avenue, N.W.
   Washington, D.C. 20036
7  Telephone: (202) 887-4000
   elander@akingump.com
8
   WILLIAM J. EDELMAN (CA Bar No. 285177)
9  Admitted *pro hac vice*
   AKIN GUMP STRAUSS HAUER & FELD LLP
10 580 California Street, Suite 1500
   San Francisco, CA 94104
11 Telephone: (415) 765-9532
   wedelman@akingump.com
12
   Attorneys for Defendant
13 DESERT PALACE, INC., d/b/a CAESARS PALACE

14                UNITED STATES DISTRICT COURT

15                     DISTRICT OF NEVADA

16

17
   WILLIAM J. BERRY, JR.; CYNTHIA
18 FALLS; and SHANE KAUFMAN,
                                        Case No. 2:17-cv-00019-GMN-PAL
19          Plaintiffs,

20 v.                                   **DEFENDANT'S NOTICE AND REQUEST
                                        FOR LEAVE TO WITHDRAW WILLIAM
21 DESERT PALACE, INC., d/b/a           J. EDELMAN AS COUNSEL PRO HAC
   CAESARS PALACE; DOES I through X,    VICE**
22 and ROE BUSINESS ENTITIES I through
   X, inclusive,
23
            Defendants.
24

25      TO:  PLAINTIFFS and their Attorneys of Record:

26      Pursuant to Local Rule IA 11-6, William J. Edelman of the law firm of Akin Gump

27 Strauss Hauer & Feld LLP hereby requests leave of court to withdraw his appearance as counsel

28 *pro hac vice* for defendant.

1    1. On April 2, 2018, William J. Edelman of the law firm Akin Gump Strauss Hauer

2    & Feld LLP was admitted as counsel *pro hac vice* for defendant.  (ECF No. 67.)

3    2. On May 19, 2017 Esther G. Lander of the law firm Akin Gump Strauss Hauer &

4    Feld LLP was admitted as counsel *pro hac vice* for defendants.  (ECF No. 23.)

5    3. Defendant consents to the withdrawal of William J. Edelman, as Esther G. Lander

6    will remain as counsel *pro hac vice* in this proceeding.

7    4. Patrick H. Hicks of the law firm of Littler Mendelson P.C. has appeared as local

8    counsel for defendant and will continue to represent defendant.

9    Accordingly, defendants and William J. Edelman request that Mr. Edelman's appearance

10 as counsel *pro hac vice* be terminated.

March 5, 2019

Respectfully submitted,

*/s/ Esther G. Lander*

PATRICK H. HICKS     ESTHER G. LANDER
(Nev. Bar No. 4632)     (pro hac vice)
LITTLER MENDELSON P.C.     AKIN GUMP STRAUSS HAUER & FELD LLP
3960 Howard Hughes Parkway, Suite 300     1333 New Hampshire Avenue, NW
Las Vegas, NV 89169     Washington, DC 20036-1564
Telephone: (702) 862-8800     Telephone:  202.887.4000

Attorneys for Defendant
Desert Palace, Inc. d/b/a Caesars Palace

**ORDER**

IT IS SO ORDERED.

_____
United States District Judge/
United States Magistrate Judge

DATED: _____

2

1

2                                CERTIFICATE OF ELECTRONIC SERVICE

3          This is to certify that on the 5th day of March 2019, the undersigned, an employee of

4  Akin Gump Strauss Hauer & Feld LLP, electronically filed the foregoing Defendant's Notice
   and Motion To Withdraw William J. Edelman as Counsel Pro Hac Vice with the U.S. District

5  Court, and a copy was electronically transmitted from the court to the email address on file for:

6

7                  Kathleen J. England
                   Gilbert & England Law Firm
8                  610 South Ninth Street
                   Las Vegas, Nevada 89101

9
                   Jason R. Maier
10                 Danielle J. Barraza
                   Maier Gutierrez & Associates
11                 8816 Spanish Ridge Avenue
                   Las Vegas, Nevada 89148
12

13
                                        By:      /s/Julianne Doherty
14                                               An employee of
                                                 Akin Gump Strauss Hauer & Feld LLP
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1