PATRICK H. HICKS, ESQ., Bar # 4632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:      702.862.8811
Email: phicks@littler.com

ESTHER G. LANDER (DC Bar No. 461316)
Admitted *pro hac vice*
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Email: elander@akingump.com

Attorneys for Defendant
DESERT PALACE, INC.
d/b/a CAESARS PALACE

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR., CYNTHIA FALLS, and SHANE KAUFMANN,<br><br>     Plaintiff(s),<br><br>vs.<br><br>DESERT PALACE, INC., d/b/a CAESARS PALACE, DOES I through x, et al.<br><br>     Defendant(s). | Case No. 2:17-cv-00019-GMN-PAL<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT REDACTED EXHIBITS**<br><br>**(First Request)** |

By Order dated June 17, 2019 (ECF No. 120), Magistrate Judge Weksler denied without prejudice plaintiffs' Motion for Leave to File Under Seal Appendix 3 of Exhibits in Support of Opposition to Motion for Summary Judgment (ECF No. 105).  The Order instructed plaintiffs to file their renewed motion on or before June 21, 2019, or plaintiffs' exhibits will be unsealed.

As the proponent of the confidential nature of information contained in plaintiffs' exhibits, such as the identities of Caesars' high-limit customers which Caesars considers highly confidential and proprietary business information, Caesars' counsel desires to work with plaintiffs' counsel in

LITTLER MENDELSON, P.C
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

FIRMWIDE:165089632.1 083558.1241

1  order to demonstrate a compelling need for the redaction of such information from plaintiffs'

2  exhibits.  In this regard, Caesars intends to provide plaintiffs with proposed redacted exhibits for

3  plaintiffs' consideration.  However, the exhibits are numerous (requiring the review of plaintiffs'

4  Exhibits 1, 3, 17, 21, 22, 23, 24, 26, 30, 39, 40, 41, 43, 44, 45, 49, 53, 55 and 56 totaling over 300

5  pages) and redaction will be time consuming.  Nevertheless, the parties believe that over the next

6  week and a half, they will be able to reach an agreement regarding appropriate information to be

7  redacted from the exhibits (such as customer identities).  Upon reaching such agreement, Caesars

8  desires to re-file the exhibits with the appropriate redactions and demonstrate to the Court the

9  compelling need to allow such redactions.  Therefore, the parties request that the Court extend the

10  deadline to seek renewed protection of information contained in plaintiffs' Appendix 3 of Exhibits in

11  Support of Opposition to Motion for Summary Judgment by ten (10) days.

12      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs WILLIAM J.

13  BERRY, JR., CYNTHIA FALLS, and SHANE KAUFMANN and Defendant DESERT PALACE,

14  INC. d/b/a CAESARS PALACE, by and through their respective counsel of record, that the deadline

15  to seek renewed protection for information contained in plaintiffs' Appendix 3 of Exhibits in

16  Support of Opposition to Motion for Summary Judgment be extended by ten (10) days up to and

17  including July 1, 2019.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the parties' first stipulation to extend the deadline to seek renewed protection of information contained in Appendix 3 of Exhibits in Support of Opposition to Motion for Summary Judgment. This stipulation is made in good faith and for the parties to work together in order to reach an agreement regarding redaction to be presented to the Court. This stipulation is not for the purpose of causing any undue delay, and the parties agree that good cause therefore exists for the extension.

Dated: June 21, 2019                          Dated: June 21, 2019


/s/ Kathleen J. England                        /s/ Patrick H. Hicks
KATHLEEN J. ENGLAND, ESQ.                      PATRICK H. HICKS, ESQ._
Gilbert & England Law Firm                     Littler Mendelson, P.C.

JASON R. MAIER                                 ESTHER G. LANDER
DANIELLE J. BARRAZA                            Akin Gump Strauss Hauer & Feld, LLP
Maier Gutierrez & Associates
                                               Attorneys for Defendant
Attorneys for Plaintiffs                       DESERT PALACE, INC.
William H. Berry Jr., Cynthia Falls, and       dba CAESARS PALACE
Shane Kaufmann



## **ORDER**

IT IS SO ORDERED.


_____
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of June, 2019.

LITTLER MENDELSON, P.C
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800