KATHLEEN J. ENGLAND, Nevada Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone: 702.529.2311
E-mail: kengland@gilbertenglandlaw.com

JASON R. MAIER, Nevada Bar No. 8557
DANIELLE J. BARRAZA, Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail: jrm@mgalaw.com
djb@mgalaw.com

*Attorneys for Plaintiffs William J. Berry, Jr.,
Cynthia Falls and Shane Kaufmann*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR.; CYNTHIA FALLS; SHANE KAUFMANN, <br><br> Plaintiffs, <br><br> vs. <br><br> DESERT PALACE, INC. d/b/a CAESARS PALACE; et al., <br><br> Defendants. | Case No.: 2:17-cv-00019-APG-BNW <br><br> **STIPULATION AND REQUEST FOR AN ORDER REGARDING PLAINTIFFS' SUBMISSION OF A REPLACEMENT BRIEF FOR THEIR SUPPLEMENTAL BRIEFING IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BASED ON NEWLY PRODUCED DOCUMENTS [ECF NO. 136]** |

IT IS HEREBY STIPULATED AND AGREED among Plaintiffs WILLIAM J. BERRY, JR., CYNTHIA FALLS, AND SHANE KAUFMANN ("Plaintiffs") and Defendant DESERT PALACE, INC., d/b/a CAESARS PALACE ("Defendant"), that Plaintiffs be permitted to file a replacement to ECF No. 136, which is "Plaintiffs' Supplemental Briefing In Support of Their Opposition to Defendant's Motion for Summary Judgment Based on Newly Produced Documents." ECF No. 136. This

1

replacement is requested because in filing their original supplemental brief on August 22, 2019, Plaintiffs incorrectly sought leave to file Exhibit 61 (Emails) and Exhibit 62 (Janiga's 2014 Tabulations) under seal.  This new replacement supplemental briefing includes all of the exhibits properly categorized and properly redacted pursuant to the agreement between counsel with respect to sensitive and/or proprietary information.

The parties respectfully make this request pursuant to the Protective Order Regarding Confidential Discovery Materials [ECF No. 43], and submit that good cause exists for these minimal redactions in order to protect private, confidential, or proprietary information about Caesars Palace employees.   By agreement, the redactions found in the replacement exhibits are limited to Caesars employees' personal phone numbers and the previously redacted (by Caesars) customer information.

DATED this 1st day of October, 2019.         DATED this 1st day of October, 2019.

**MAIER GUTIERREZ & ASSOCIATES**              **AKIN GUMP STRAUSS HAUER FELD LLP**

*/s/ Danielle J. Barraza*                     */s/ Esther G. Lander*
KATHLEEN J. ENGLAND                           ESTHER G. LANDER (pro hac vice)
Nevada Bar No. 206                            1333 New Hampshire Avenue, NW
GILBERT & ENGLAND LAW FIRM                    Washington, DC 20036-1564
610 South Ninth Street
Las Vegas, Nevada 89101

                                              PATRICK H. HICKS
JASON R. MAIER                                Nevada Bar No. 4832
Nevada Bar No. 8557                           LITTLER MENDELSON, P.C.
DANIELLE J. BARRAZA                           3960 Howard Hughes Parkway, Ste. 300
Nevada Bar No. 13822                          Las Vegas, NV 89169
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148                       SANDRA KETNER, ESQ.
*Attorneys for Plaintiffs William J. Berry,*  Nevada Bar No. 8527
*Jr., Cynthia Falls and Shane Kaufmann*       LITTLER MENDELSON, P.C.
                                              200 S. Virginia Street, 8th Floor
                                              Reno, NV 89501

                                              *Attorneys for Defendant Desert Palace,*
                                              *Inc. d/b/a Caesars Palace*

### ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 1, 2019.