PATRICK H. HICKS, ESQ., Bar # 4632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com

SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Telephone: 775.348.4888
Fax No.: 775.562.8110
Reno, NV 89501
Email: sketner@littler.com

ESTHER G. LANDER (DC Bar No. 461316)
Admitted *pro hac vice*
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: 202.887-4000
Email: elander@akingump.com

Attorneys for Defendant
DESERT PALACE, INC.
d/b/a CAESARS PALACE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR., CYNTHIA FALLS, and SHANE KAUFMANN, <br><br> Plaintiff(s), <br><br> vs. <br><br> DESERT PALACE, INC, d/b/a CAESARS PALACE, DOES I through x, et al. <br><br> Defendant(s). | Case No. 2:17-cv-00019-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE** <br><br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs WILLIAM J. BERRY, JR., CYNTHIA FALLS, and SHANE KAUFMANN and Defendant DESERT PALACE, INC. d/b/a CAESARS PALACE ("Caesars"), by and through their respective counsel of record, that

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

the deadline for filing the Joint Pretrial Order be extended in light of the filing of Defendant's Motion to Consolidate (ECF No. 32) in *Kaufmann v. Desert Palace, Inc.,* Case No. 2:18-cv-02037-KJD-DJA, as explained further below.

In this case, USD Judge Gordon issued an Order (ECF No. 147) granting in part and denying in part Defendant's Motion for Summary Judgment on October 18, 2019. Pursuant to the parties' Discovery Plan and Scheduling Order (ECF No. 55) and amendments thereto, the parties' Joint Pretrial Order is due 30 days after a decision on dispositive motions or further order of the Court (ECF No. 73). Thus, at present, the parties' Joint Pretrial Order is currently due on or before November 18, 2019.

However in June, 2018, Plaintiff Kaufmann filed a separate matter against Defendant (removed to federal court on October 23, 2018) which is currently assigned to USD Judge Dawson (hereinafter "the Kaufmann Litigation"). Defendant subsequently filed a Motion to Consolidate (ECF No. 32) the Kaufmann Litigation with the instant case, which Plaintiff Kaufmann has opposed. Defendant's Motion to Consolidate is now fully briefed and pending decision by USD Judge Dawson. In order to further judicial economy and conserve the parties' resources, the parties request that the deadline for filing the Joint Pretrial Order in this case be extended until USD Judge Dawson issues a decision on Defendant's Motion to Consolidate. Specifically, if USD Judge Dawson grants Defendant's Motion to Consolidate, the parties stipulate to conduct a Rule 26(f) conference within 14 days of the consolidation order and submit a proposed discovery plan and scheduling order within 14 days thereafter. The deadline for submitting the Joint Pretrial Order in this case would be governed by the proposed discovery plan and scheduling order. In the event that USD Judge Dawson denies Defendant's Motion to Consolidate, the parties agree to submit their Joint Pretrial Order within 60 days of the denial.

///
///
///
///
///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the parties' first stipulation to specifically extend the Joint Pretrial Order deadline. This stipulation is made in good faith in order for the parties to avoid incurring unnecessary legal fees while also conserving judicial resources pending the outcome of Defendant's Motion to Consolidate. This stipulation is not for the purpose of causing any undue delay, and the parties agree that good cause therefore exists for the extension.

Dated: October 31, 2019.

Respectfully submitted,

/s/ *Kathleen J. England*
Kathleen J. England, Esq.
GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, NV 89101

Jason R. Maier, Esq.
Danielle J. Barraza, Esq.
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Avenue
Las Vegas, NV 89148

Attorneys for Plaintiffs

Dated: October 31, 2019.

Respectfully submitted,

/s/ *Sandra Ketner*
PATRICK H. HICKS, ESQ.
SANDRA KETNER, ESQ.
Littler Mendelson, P.C.

Attorneys for Defendant
DESERT PALACE, INC.
d/b/a CAESARS PALACE

**IT IS SO ORDERED**

**DATED: November 04, 2019**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4824-8590-8907.1 083558.1241

3.