PATRICK H. HICKS, ESQ., Bar # 4632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com

SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Telephone: 775.348.4888
Fax No.: 775.562.8110
Reno, NV 89501
Email: sketner@littler.com

ESTHER G. LANDER (DC Bar No. 461316)
Admitted *pro hac vice*
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: 202.887-4000
Email: elander@akingump.com

Attorneys for Defendant
DESERT PALACE, INC.
d/b/a CAESARS PALACE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR., CYNTHIA FALLS, and SHANE KAUFMANN,<br><br>     Plaintiff(s),<br><br>vs.<br><br>DESERT PALACE, INC, d/b/a CAESARS PALACE, DOES I through x, et al.<br><br>     Defendant(s). | Case No. 2:17-cv-00019-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR OPPOSITION AND REPLY TO PLAINTIFFS' MOTION TO ALTER OR AMEND COURT ORDER GRANTING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

*///*

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs WILLIAM J. BERRY, JR., CYNTHIA FALLS, and SHANE KAUFMANN and Defendant DESERT PALACE, INC. d/b/a CAESARS PALACE ("Defendant"), by and through their respective counsel of record, that the deadlines for filing an opposition and reply to Plaintiff's Motion to Alter or Amend Court Order Granting in Part Defendant's Motion for Summary Judgment are extended by agreement due to the upcoming holidays.

Plaintiffs filed their Motion to Alter or Amend Court Order Granting in Part Defendant's Motion for Summary Judgment (hereinafter "Plaintiff's Motion") on Friday, November 15, 2019. [ECF No. 150]. Defendant's opposition to Plaintiff's Motion is currently due on or before November 29, 2019. However, in light of other case-related obligations between now and then, as well as the upcoming Thanksgiving holiday, the parties stipulate to extend the deadline for Defendant to file its opposition to Plaintiff's Motion by two (2) weeks, up to and including December 13, 2019. If this extension is approved by the Court, Plaintiffs' reply would then be due on or before December 20, 2019. However, in light of the upcoming December holidays, the parties further stipulate to extend the deadline for Plaintiffs to file their reply in support of Plaintiff's Motion by two (2) weeks, up to and including January 3, 2020.

///
///
///
///
///
///
///
///
///
///
///
///

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the parties' first stipulation to extend the deadlines regarding the opposition and reply to Plaintiffs' Motion. This stipulation is made in good faith due to the upcoming holidays and is not for the purpose of causing any undue delay. The parties agree that good cause therefore exists for the extension.

Dated: November 20, 2019.                    Dated:   November 20, 2019.

Respectfully submitted,                       Respectfully submitted,


*/s/ Danielle J. Barraza, Esq.*               */s/ Sandra Ketner, Esq.*
Kathleen J. England, Esq.                     PATRICK H. HICKS, ESQ.
GILBERT & ENGLAND LAW FIRM                    SANDRA KETNER, ESQ.
610 South Ninth Street                        Littler Mendelson, P.C.
Las Vegas, NV 89101
                                              Attorneys for Defendant
Jason R. Maier, Esq.                          DESERT PALACE, INC.
Danielle J. Barraza, Esq.                     d/b/a CAESARS PALACE
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Avenue
Las Vegas, NV 89148

Attorneys for Plaintiffs


                                              **IT IS SO ORDERED.**



                                              _____
                                              UNITED STATES DISTRICT JUDGE
                                               Dated: November 20, 2019.

4824-8590-8907.1 083558.1241

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800