KATHLEEN J. ENGLAND, Nevada Bar No. 206
GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone: 702.529.2311
E-mail: kengland@gilbertenglandlaw.com

JASON R. MAIER, Nevada Bar No. 8557
DANIELLE J. BARRAZA, Nevada Bar No. 13822
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
E-mail: jrm@mgalaw.com; djb@mgalaw.com
*Attorneys for Plaintiffs William J. Berry, Jr.,
Cynthia Falls and Shane Kaufmann*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR.; CYNTHIA FALLS; SHANE KAUFMANN,<br><br>Plaintiffs,<br><br>vs.<br><br>DESERT PALACE, INC. d/b/a CAESARS PALACE; et al.,<br><br>Defendants. | Case No.: 2:17-cv-00019-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR REPLY TO PLAINTIFFS' MOTION TO ALTER OR AMEND COURT ORDER GRANTING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF No. 150]**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs WILLIAM J. BERRY, JR., CYNTHIA FALLS, and SHANE KAUFMANN and Defendant DESERT PALACE, INC. d/b/a CAESARS PALACE ("Defendant"), by and through their counsel of record, that the deadline for PLAINTIFFS to file their Reply for their Motion to Alter or Amend Court Order Granting in Part Defendant's Motion for Summary Judgment, a motion filed November 15, 2019 (ECF No. 150) may extended for four days.

Defendant filed their Opposition to Plaintiff's Motion (ECF No. 153) on December 13, 2019 on an extension of the normal briefing schedule, as approved by the Court (ECF No. 152). However, at the request of Plaintiffs and in light of other case-related obligations,

1

and these holiday weeks, the parties stipulate to an additional extension of four (4) additional days for Plaintiffs to file their reply, up to and including **January 7, 2020.**

This is the parties' second stipulation to extend deadlines in relation to Plaintiffs' Motion. This stipulation is made in good faith due to the ongoing holidays and is not for the purpose of causing any undue delay. The parties agree that good cause therefore exists for the extension.

Dated this 30th day of December 2019,   Dated this 30th day of December 2019,

**GILBERT & ENGLAND LAW FIRM**   **LITTLER MENDELSON, P.C.**

/s/ Kathleen J. England   /s/ Patrick Hicks
Kathleen J. England   Patrick H. Hicks, NV Bar No. 4632
NV Bar No. 206   3960 Howard Hughes Parkway, Ste. 300
610 South Ninth Street   Las Vegas, NV 89169-5937
Las Vegas, NV 89101

Sandra Ketner, NV Bar No. 8527
JASON R. MAIER, NV Bar No. 8557   200 S. Virginia Street, 8th Floor
DANIELLE J. BARRAZA, NV Bar No. 13822   Reno, NV 89501
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue   AKIN GUMP STRAUSS HAUER et al
Las Vegas, NV 89148   Esther Lander, *Pro Hac Vice*
2001 K Street, N.W.
*Attorneys for Plaintiffs William J. Berry,*   Washington, D.C. 2006
*Jr., Cynthia Falls, and Shane Kaufmann*

*Attorneys for Defendant,*
*DESERT PALACE, INC.*
*d/b/a CAESARS PALACE*

**IT IS SO ORDERED.**

_____
Andrew P. Gordon
United States District Judge

Dated: January 2, 2020.

2