KATHLEEN J. ENGLAND, Nevada Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone:   702.529.2311
E-mail:       kengland@gilbertenglandlaw.com

JASON R. MAIER, Nevada Bar No. 8557
DANIELLE J. BARRAZA, Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone:  702.629.7900
Facsimile:   702.629.7925
E-mail:       jrm@mgalaw.com
                djb@mgalaw.com

*Attorneys for Plaintiffs William J. Berry, Jr.,
Cynthia Falls and Shane Kaufmann*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR.; CYNTHIA FALLS; SHANE KAUFMANN, <br><br> Plaintiffs, <br><br> vs. <br><br> DESERT PALACE, INC. d/b/a CAESARS PALACE; et al., <br><br> Defendants. | Case No.: 2:17-cv-00019-APG-BNW <br><br> **STIPULATION AND REQUEST FOR AN ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE** <br><br> **(SECOND REQUEST)** <br><br> **ORDER** |

IT IS HEREBY STIPULATED AND AGREED among Plaintiffs WILLIAM J. BERRY, JR., CYNTHIA FALLS, AND SHANE KAUFMANN ("Plaintiffs") and Defendant DESERT PALACE, INC., d/b/a CAESARS PALACE ("Defendant"), that the deadline for filing the Joint Pretrial Order be extended in light of Plaintiffs' motion to alter or amend the Court's Order granting in part Defendant's motion for summary judgment [ECF No. 150], which is pending.

The justification for this extension is as follows.  Previously, the Court (on November 4, 2019) granted the first extension to file the Joint Pretrial Order [ECF No.

149] based on the Defendant's (then-pending) motion to consolidate (ECF No. 32) this case with another case, *Kaufmann v. Desert Palace, Inc.,* Case No. 2:18-cv-02037-KJD-DJA. On March 25, 2020, in that other case, *Kaufmann v. Desert Palace, Inc.*, USD Judge Dawson issued a decision denying consolidation. ECF No. 48.

Presently, under this Court's previous Order *in this case*, the parties are now required to submit the Joint Pretrial Order within 60 days of the March 25, 2020 Order in the other *Kaufmann* case. ECF No. 149. However, another filing has occurred in the meantime which impacts this now-triggered deadline.

On November 15, 2019, after the Court issued its first order extending the deadline to file the Joint Pretrial Order, Plaintiffs filed their motion to alter or amend the Court's order granting in part Defendant's motion for summary judgment [ECF No. 150]. This motion is now fully briefed and awaiting consideration and decision. The Court's decision on that motion will have significant impact on the content of the Joint Pretrial Order so it would be prudent to have the deadline extended.

Thus, to eliminate unnecessary and possibly duplicative work and filings, to further judicial economy, and to conserve the parties' resources, the parties now request that the Court extend the deadline for filing the Joint Pretrial Order *in this case* to 60 days after the Court issues a decision on Plaintiffs' motion to alter or amend.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This is the parties' second stipulation to extend the Joint Pretrial Order filing deadline. As set forth above, this stipulation is made in good faith in order for the parties to avoid incurring unnecessary legal fees while also conserving judicial resources pending the outcome of Plaintiffs' motion to alter or amend. This stipulation is not for the purpose of causing any undue delay, and the parties agree that good cause therefore exists for an extension.

DATED this 3rd day of April, 2020.                DATED this 3rd day of April, 2020.

**MAIER GUTIERREZ & ASSOCIATES**          **AKIN GUMP STRAUSS HAUER FELD LLP**

 /s/ Danielle J. Barraza                           /s/ Esther G. Lander
KATHLEEN J. ENGLAND                       ESTHER G. LANDER (pro hac vice)
Nevada Bar No. 206                         1333 New Hampshire Avenue, NW
GILBERT & ENGLAND LAW FIRM                 Washington, DC 20036-1564
610 South Ninth Street
Las Vegas, Nevada 89101                    PATRICK H. HICKS
                                           Nevada Bar No. 4832
JASON R. MAIER                             LITTLER MENDELSON, P.C.
Nevada Bar No. 8557                        3960 Howard Hughes Parkway, Ste. 300
DANIELLE J. BARRAZA                        Las Vegas, NV 89169
Nevada Bar No. 13822
8816 Spanish Ridge Avenue                  SANDRA KETNER, ESQ.
Las Vegas, Nevada 89148                    Nevada Bar No. 8527
*Attorneys for Plaintiffs William J. Berry,*   LITTLER MENDELSON, P.C.
*Jr., Cynthia Falls and Shane Kaufmann*        200 S. Virginia Street, 8th Floor
                                           Reno, NV 89501
                                           *Attorneys for Defendant Desert Palace,*
                                           *Inc. d/b/a Caesars Palace*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 3, 2020.

3