PATRICK H. HICKS, ESQ., Bar # 4632
ETHAN D. THOMAS, ESQ., Bar #12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
edthomas@littler.com

ESTHER G. LANDER (DC Bar No. 461316)
Admitted *pro hac vice*
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: 202.887-4000
Email: elander@akingump.com

Attorneys for Defendant
DESERT PALACE, INC. d/b/a CAESARS PALACE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR., CYNTHIA FALLS, and SHANE KAUFMANN,<br><br>Plaintiff(s),<br><br>vs.<br><br>DESERT PALACE, INC, d/b/a CAESARS PALACE, DOES I through x, et al.<br><br>Defendant(s). | Case No. 2:17-cv-00019-APG-BNW<br><br>**DEFENDANT DESERT PALACE, INC. d/b/a CAESARS PALACE'S MOTION TO WITHDRAW SANDRA KETNER AS COUNSEL OF RECORD IN THIS CASE** |

Defendants DESERT PALACE, INC. d/b/a CAESARS PALACE ("Defendant"), pursuant to this Court's Local Rule of Practice LR IA 11-6, respectfully request that the Court withdraw Sandra Ketner, Esq., as counsel in this matter. Ms. Ketner is no longer associated with Littler Mendelson, P.C. Accordingly, she should be removed as attorney of record in this matter as well as being removed from the CM/ECF service list for this case.

In support of this Motion, Defendant relies upon the memorandum of points and authorities

4813-7989-5747.1 083558.1241

as set forth below.

## MEMORANDUM OF POINTS AND AUTHORITIES

An attorney can only withdraw from a case with leave of court. *See* LR IA 11-6. In this case, the docket continues to reflect that Sandra Ketner serves as "lead attorney" in this matter. Ms. Ketner ended her association with Littler Mendelson on July 16, 2020. Accordingly, she is no longer associated with this litigation. Defendants have directed undersigned counsel to file this Motion withdrawing Ms. Ketner as their counsel.

Should the Court grant this Motion, Ms. Ketner's withdrawal will not affect the proceedings. Moreover, Ms. Ketner's withdrawal from this case will not be relied upon as a basis for delaying proceedings. As indicated above, Ms. Ketner will not be affiliated with Littler Mendelson as of July 16, 2020.

Dated: July 16, 2020.

Respectfully submitted,

*/s/ Patrick H. Hicks, Esq.*
PATRICK H. HICKS, ESQ.
ETHAN D. THOMAS, ESQ.
Littler Mendelson, P.C.

Attorneys for Defendant
DESERT PALACE, INC.
d/b/a CAESARS PALACE

2.

4813-7989-5747.1 083558.1241

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169. On July 16, 2020, I served the within document(s):

**DEFENDANT DESERT PALACE, INC. d/b/a CAESARS PALACE'S MOTION TO WITHDRAW SANDRA KETNER AS COUNSEL OF RECORD IN THIS CASE**

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Kathleen J. England, Esq.
GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, NV 89101

Jason R. Maier, Esq.
Danielle J. Barraza, Esq.
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Avenue
Las Vegas, NV 89148

Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 16, 2020, at Las Vegas, Nevada.

*/s/Erin J. Melwak*
Erin J. Melwak

_____

3.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

4813-7989-5747.1 083558.1241