PATRICK H. HICKS, ESQ., Bar # 4632
ETHAN D. THOMAS, ESQ., Bar #12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email: phicks@littler.com
       edthomas@littler.com

ESTHER G. LANDER (DC Bar No. 461316)
Admitted *pro hac vice*
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone:   202.887-4000
Email: elander@akingump.com

Attorneys for Defendant
DESERT PALACE, INC.
d/b/a CAESARS PALACE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR., CYNTHIA FALLS, and SHANE KAUFMANN, <br><br> Plaintiff(s), <br><br> vs. <br><br> DESERT PALACE, INC, d/b/a CAESARS PALACE, DOES I through x, et al. <br><br> Defendant(s). | Case No. 2:17-cv-00019-APG-BNW <br><br> **NOTICE OF APPEARANCE OF ETHAN D. THOMAS, ESQ.** |

PLEASE TAKE NOTICE that Ethan D. Thomas, Esq., attorney with Littler Mendelson, P.C., hereby notes his appearance as counsel for Defendant DESERT PALACE, INC. d/b/a CAESARS PALACE to appear and represent their interest in the above captioned matter.

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Mr. Thomas is a member of the Nevada Bar and has been admitted to practice before the United States District Court of Nevada.

Dated: July 16, 2020.

Respectfully submitted,

*/s/ Ethan D. Thomas, Esq.*
PATRICK H. HICKS, ESQ.
ETHAN D. THOMAS, ESQ.
Littler Mendelson, P.C.

Attorneys for Defendant
DESERT PALACE, INC.
d/b/a CAESARS PALACE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169. On July 16, 2020, I served the within document(s):

**NOTICE OF APPEARANCE OF ETHAN D. THOMAS, ESQ.**

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Kathleen J. England, Esq.
GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, NV 89101

Jason R. Maier, Esq.
Danielle J. Barraza, Esq.
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Avenue
Las Vegas, NV 89148

Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 16, 2020, at Las Vegas, Nevada.

*/s/ Erin J. Melwak*
Erin J. Melwak

4831-7853-1267.1 083558.1241

3.