PATRICK H. HICKS, ESQ., Bar # 4632
ETHAN D. THOMAS, ESQ., Bar #12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email: phicks@littler.com
         edthomas@littler.com

ESTHER G. LANDER (DC Bar No. 461316)
Admitted *pro hac vice*
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone:   202.887-4000
Email: elander@akingump.com

Attorneys for Defendant
DESERT PALACE, INC. d/b/a CAESARS PALACE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR., CYNTHIA FALLS, and SHANE KAUFMANN,<br><br>Plaintiff(s),<br><br>vs.<br><br>DESERT PALACE, INC, d/b/a CAESARS PALACE, DOES I through x, et al.<br><br>Defendant(s). | Case No. 2:17-cv-00019-APG-BNW<br><br>**DEFENDANT DESERT PALACE, INC. d/b/a CAESARS PALACE'S MOTION TO WITHDRAW SANDRA KETNER AS COUNSEL OF RECORD IN THIS CASE** |

Defendants DESERT PALACE, INC. d/b/a CAESARS PALACE ("Defendant"), pursuant to this Court's Local Rule of Practice LR IA 11-6, respectfully request that the Court withdraw Sandra Ketner, Esq., as counsel in this matter. Ms. Ketner is no longer associated with Littler Mendelson, P.C. Accordingly, she should be removed as attorney of record in this matter as well as being removed from the CM/ECF service list for this case.

In support of this Motion, Defendant relies upon the memorandum of points and authorities

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

4813-7989-5747.1 083558.1241

as set forth below.

## MEMORANDUM OF POINTS AND AUTHORITIES

An attorney can only withdraw from a case with leave of court. *See* LR IA 11-6. In this case, the docket continues to reflect that Sandra Ketner serves as "lead attorney" in this matter. Ms. Ketner ended her association with Littler Mendelson on July 16, 2020. Accordingly, she is no longer associated with this litigation. Defendants have directed undersigned counsel to file this Motion withdrawing Ms. Ketner as their counsel.

Should the Court grant this Motion, Ms. Ketner's withdrawal will not affect the proceedings. Moreover, Ms. Ketner's withdrawal from this case will not be relied upon as a basis for delaying proceedings. As indicated above, Ms. Ketner will not be affiliated with Littler Mendelson as of July 16, 2020.

Dated: July 16, 2020.

Respectfully submitted,

*/s/ Patrick H. Hicks, Esq.*
PATRICK H. HICKS, ESQ.
ETHAN D. THOMAS, ESQ.
Littler Mendelson, P.C.

Attorneys for Defendant
DESERT PALACE, INC.
d/b/a CAESARS PALACE

IT IS SO ORDERED

DATED: 2:59 pm, July 21, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

4813-7989-5747.1 083558.1241