1   KATHLEEN J. ENGLAND
    Nevada Bar No. 206
2   **GILBERT & ENGLAND LAW FIRM**
    610 South Ninth Street
3   Las Vegas, Nevada 89101
    Telephone:  702.529.2311
4   E-mail:       kengland@gilbertenglandlaw.com

5   JASON R. MAIER
    Nevada Bar No. 8557
6   DANIELLE J. BARRAZA
    Nevada Bar No. 13822
7   **MAIER GUTIERREZ & ASSOCIATES**
    8816 Spanish Ridge Avenue
8   Las Vegas, Nevada 89148
    Telephone:  702.629.7900
9   E-mail:       jrm@mgalaw.com
                  djb@mgalaw.com
10
    *Attorneys for Plaintiffs*
11

12

13                **UNITED STATES DISTRICT COURT**

14                    **DISTRICT OF NEVADA**

15
    WILLIAM J. BERRY, JR.; CYNTHIA FALLS;        Case No.: 2:17-cv-00019-APG-BNW
16  SHANE KAUFMANN,

17                        Plaintiffs,            **NOTICE OF APPEAL AND**
    vs.                                          **REPRESENTATION STATEMENT**
18
    DESERT PALACE, INC. d/b/a CAESARS
19  PALACE; et al.,

20                        Defendants.

21

22                    **<u>NOTICE OF APPEAL</u>**

23        Notice is hereby given that Plaintiff William J. Berry, Jr. ("Plaintiff"),[1] in the above-named

24  case, by and through his attorneys of record, the law firm MAIER GUTIERREZ & ASSOCIATES and

25  GILBERT & ENGLAND LAW FIRM, hereby appeals to the United States Court of Appeals for the Ninth

26

27  _____

28  [1]  Through an order entered on March 15, 2018 [ECF No. 64], plaintiff William Berry's claims were
    severed from those of the other plaintiffs for purposes of trial under FRCP 42(b).

                                          1

Circuit from an order denying reconsideration entered in this action on September 3, 2020 [ECF No. 163], a copy of which is attached hereto as **Exhibit 1**, along with the underlying order associated with that motion for reconsideration, granting summary judgment in favor of Defendant Desert Palace, Inc. d/b/a Caesars Palace, which is attached hereto as **Exhibit 2**, entered in this action on October 18, 2019.

## **REPRESENTATION STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Plaintiff hereby identifies all parties to the action appealed from, including the name, firm, address, and telephone number of each party's respective counsel of record:

1. Plaintiffs:

> William J. Berry, Jr.
> c/o Jason R. Maier, Esq.
> Danielle J. Barraza, Esq.
> MAIER GUTIERREZ & ASSOCIATES
> 8816 Spanish Ridge Avenue
> Las Vegas, Nevada 89148
> (702) 629-7900
>
> and
>
> c/o Kathy J. England, Esq.
> GILBERT & ENGLAND LAW FIRM
> 610 South Ninth Street
> Las Vegas, Nevada 89101
> (702) 529-2311
>
> Cynthia Falls
> c/o Jason R. Maier, Esq.
> Danielle J. Barraza, Esq.
> MAIER GUTIERREZ & ASSOCIATES
> 8816 Spanish Ridge Avenue
> Las Vegas, Nevada 89148
> (702) 629-7900
>
> and
>
> c/o Kathy J. England, Esq.
> GILBERT & ENGLAND LAW FIRM
> 610 South Ninth Street
> Las Vegas, Nevada 89101
> (702) 529-2311
>
> Shane Kaufmann
> c/o Jason R. Maier, Esq.
> Danielle J. Barraza, Esq.

1          MAIER GUTIERREZ & ASSOCIATES
           8816 Spanish Ridge Avenue

2          Las Vegas, Nevada 89148
           (702) 629-7900

3
       and

4
       c/o Kathy J. England, Esq.

5          GILBERT & ENGLAND LAW FIRM
           610 South Ninth Street

6          Las Vegas, Nevada 89101
           (702) 529-2311

7
    2.    Defendant:

8
       Desert Palace, Inc. d/b/a Caesars Palace

9          c/o Patrick H. Hicks, Esq.
           Ethan D. Thomas, Esq.

10        LITTLER MENDELSON, P.C.
           3960 Howard Hughes Parkway, Suite 300

11        Las Vegas, Nevada 89169
           (702) 862-8800

12
       and

13
       c/o Esther G. Lander, Esq.

14        AKIN GUMP STRAUSS HAUER & FELD LLP
           2001 K Street, N.W.

15        Washington, D.C. 20006
           (702) 887-4000

16
  DATED this 1st day of October, 2020.

17
                              Respectfully submitted,

18
                              **MAIER GUTIERREZ & ASSOCIATES**

19
20                              */s/ Danielle J. Barraza*

21                                JASON R. MAIER
                              Nevada Bar No. 8557

22                                DANIELLE J. BARRAZA
                              Nevada Bar No. 13822

23                                8816 Spanish Ridge Avenue
                              Las Vegas, Nevada 89148

24                                KATHLEEN J. ENGLAND

25                                Nevada Bar No. 206
                              **GILBERT & ENGLAND LAW FIRM**

26                                610 South Ninth Street
                              Las Vegas, Nevada 89101

27                                *Attorneys for Plaintiffs*

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 1st day of October, 2020, service of the foregoing **NOTICE OF APPEAL AND REPRESENTATION STATEMENT** was electronically filed with the Clerk of the Court using Court's CM/ECF system, and served to all parties and counsel of record registered to receive CM/ECF notifications:

Patrick H. Hicks, Esq.
Ethan D. Thomas, Esq.
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169

Esther G. Lander, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
*Attorneys for Defendant Desert Palace, Inc.*
*d/b/a Caesars Palace*

*/s/ Natalie Vazquez*
An employee of MAIER GUTIERREZ & ASSOCIATES