PATRICK H. HICKS, ESQ., Bar # 4632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702-862-8800
Email: phicks@littler.com

ETHAN D. THOMAS, ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702-862-7709
Email: edthomas@littler.com

ESTHER G. LANDER (DC Bar No. 461316)
Admitted *pro hac vice*
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Email: elander@akingump.com

Attorneys for Defendant
DESERT PALACE, INC.
d/b/a CAESARS PALACE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR., CYNTHIA FALLS, and SHANE KAUFMANN,<br><br>    Plaintiff(s),<br><br>vs.<br><br>DESERT PALACE, INC.[1], d/b/a CAESARS PALACE, DOES I through x, et al.<br><br>    Defendant(s). | Case No. 2:17-cv-00019-APG-BNW<br><br>**DEFENDANT'S NOTICE AND REQUEST FOR LEAVE TO WITHDRAW ESTHER G. LANDER AND AKIN GUMP STRAUSS HAUER & FELD LLP AS COUNSEL PRO HAC VICE** |

TO: PLAINTIFFS and their Attorneys of Record:

Pursuant to Local Rule IA 11-6, Esther G. Lander and her law firm Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") hereby request leave of court to withdraw as counsel *pro hac vice* for defendant.

---

[1] Desert Palace, Inc. is not a legal entity.  Desert Palace, LLC is the name of the legal entity doing business as Caesars Palace.

Defendant consents to the withdrawal of Esther G. Lander and Akin Gump, as Ethan D. Thomas and Patrick H. Hicks of the law firm of Littler Mendelson P.C. have appeared as counsel for defendant and will continue to represent defendant.

Accordingly, Esther G. Lander and Akin Gump request that their appearance as counsel *pro hac vice* be terminated.

October 29, 2020

Respectfully submitted,

  */s/ Esther G. Lander*
PATRICK H. HICKS     ESTHER G. LANDER
(Nev. Bar No. 4632)     (pro hac vice)
ETHAN D. THOMAS     AKIN GUMP STRAUSS HAUER & FELD LLP
(Nev. Bar No. 12874)     2001 K Street, N.W.
LITTLER MENDELSON P.C.     Washington, DC 20006
3960 Howard Hughes Parkway, Suite 300     Telephone: (202) 887-4000
Las Vegas, NV 89169
Telephone: (702) 862-8800

Attorneys for Defendant
Desert Palace, Inc. d/b/a Caesars Palace

## **ORDER**

**IT IS SO ORDERED**

**DATED:** 1:05 pm, November 03, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**