KATHLEEN J. ENGLAND, Nevada Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone:   702.529.2311
E-mail:          kengland@gilbertenglandlaw.com

JASON R. MAIER, Nevada Bar No. 8557
DANIELLE J. BARRAZA, Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone:  702.629.7900
Facsimile:   702.629.7925
E-mail:          jrm@mgalaw.com
                    djb@mgalaw.com

*Attorneys for Plaintiffs William J. Berry, Jr.,
Cynthia Falls and Shane Kaufmann*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR.; CYNTHIA FALLS; SHANE KAUFMANN,<br><br>Plaintiffs,<br><br>vs.<br><br>DESERT PALACE, INC. d/b/a CAESARS PALACE; et al.,<br><br>Defendants. | Case No.: 2:17-cv-00019-APG-BNW<br><br>**STIPULATION AND REQUEST FOR AN ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(FIFTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED among Plaintiffs and Defendant that the deadline for filing the Joint Pretrial Order be extended by 30 days, **from December 14, 2020 to January 13, 2021**, at the request of Plaintiffs' counsel.

The justification for this extension is as follows. Previously, the Court (on November 4, 2019) granted the first extension to file the Joint Pretrial Order [ECF No. 149] based on the Defendant's (then-pending) motion to consolidate (ECF No. 32) this case with another case, *Kaufmann v. Desert Palace, Inc.,* Case No. 2:18-cv-02037-KJD-DJA. On March 25, 2020, in that other case, *Kaufmann v. Desert Palace, Inc.*, USD Judge

1

Dawson issued a decision denying consolidation. ECF No. 48.

The parties were then required to submit the Joint Pretrial Order within 60 days of the March 25, 2020 Order in the other *Kaufmann* case. ECF No. 149. However, another filing occurred in the meantime which impacted that deadline.

On November 15, 2019, after the Court issued its first order extending the deadline to file the Joint Pretrial Order, Plaintiffs filed their motion to alter or amend the Court's order granting in part Defendant's motion for summary judgment [ECF No. 150]. Because the Court's decision on that motion would have significant impact on the content of the Joint Pretrial Order, the parties again requested a second extension on the deadline to file the Joint Pretrial Order. ECF No. 158. That request was granted on April 3, 2020, making the new deadline 60 days after the Court's decision on Plaintiffs' motion to alter or amend. ECF No. 159.

On September 3, 2020, the Court issued its order denying Plaintiffs' motion for reconsideration, thus making the deadline to file the Joint Pretrial Order November 2, 2020. ECF No. 163.

On November 2, 2020, this Court granted a 10 day extension to November 12, 2020 in light of changes to Plaintiffs' counsel's traveling schedule and unavailability. ECF No. 170.

On November 17, 2020, this Court granted an extension to December 14, 2020 in light of unexpected medical circumstances that affected lead counsel for Plaintiffs', Kathleen J. England. ECF No. 173.

While the parties anticipated that no further extension requests would be needed, unfortunately additional unexpected medical circumstances arose for Ms. England, which prevented the parties from conferring over the Joint Pretrial Order. The parties are therefore requesting an additional 30 days, up to and including **January 13, 2021** to submit the Joint Pretrial Order. To ensure a timely submission of the Joint Pretrial Order and to avoid further delays, the parties also agree that following submission of the Joint Pretrial Order, the parties will then have 60 days to prepare initial objections to the

respective exhibits.

This is the parties' fifth stipulation to extend the Joint Pretrial Order filing deadline. As set forth above, this stipulation is made in good faith in order to allow the parties sufficient time to attempt to come to an agreement on a Joint Pretrial Order. This stipulation is not for the purpose of causing any undue delay, and the parties agree that good cause therefore exists for an extension.

| DATED this 14th day of December, 2020 | DATED this 14th day of December, 2020. |
|---|---|
| **MAIER GUTIERREZ & ASSOCIATES** | **LITTLER MENDELSON, P.C.** |
| /s/ Danielle J. Barraza | /s/ Ethan D. Thomas |
| JASON R. MAIER<br>Nevada Bar No. 8557<br>DANIELLE J. BARRAZA<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br><br>KATHLEEN J. ENGLAND<br>Nevada Bar No. 206<br>GILBERT & ENGLAND LAW FIRM<br>610 South Ninth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs William J. Berry, Jr., Cynthia Falls and Shane Kaufmann* | PATRICK H. HICKS<br>Nevada Bar No. 4832<br>ETHAN D. THOMAS<br>Nevada Bar No. 12874<br>3960 Howard Hughes Parkway, Ste. 300<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant Desert Palace, Inc. d/b/a Caesars Palace* |

ORDER

**IT IS SO ORDERED**

**DATED:** 10:13 am, December 18, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3