# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA FALLS, et al., | Case No.: 2:17-cv-00019-APG-BNW |
| Plaintiffs | **Order Extending Deadline for Joint Pretrial Order** |
| v. | |
| DESERT PALACE, INC., | |
| Defendant | |

    The parties filed separate proposed Joint Pretrial Orders. The plaintiffs' counsel's medical issues have delayed the parties' ability to finalize a joint order. Given that this court has not yet resumed civil jury trials, I will extend the deadline for the parties to submit a truly joint proposed order. The plaintiffs have until February 12, 2021 to revise their current proposed order and send it to the defendant's counsel. Obviously, sooner is better. The parties shall then confer to finalize the proposed order and file it in court by March 5, 2021.

    DATED this 19th day of January, 2021.

                                        ANDREW P. GORDON
                                        UNITED STATES DISTRICT JUDGE