PATRICK H. HICKS, ESQ., Bar # 4632
ETHAN D. THOMAS, ESQ., Bar #12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email: phicks@littler.com
           edthomas@littler.com

Attorneys for Defendant
DESERT PALACE, INC.
d/b/a CAESARS PALACE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. BERRY, JR., CYNTHIA FALLS, and SHANE KAUFMANN,<br><br>Plaintiffs<br><br>vs.<br><br>DESERT PALACE, INC, d/b/a CAESARS PALACE, DOES I through x, et al.,<br><br>Defendants. | Case No. 2:17-cv-00019-APG-BNW<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF CYNTHIA FALLS' AND PLAINTIFF SHANE KAUFMANN'S CLAIMS WITH PREJUDICE** |

Plaintiffs CYNTHIA FALLS and SHANE KAUFMANN and Defendant DESERT PALACE, INC. d/b/a CAESARS PALACE, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing Plaintiff CYNTHIA FALLS and Plaintiff SHANE KAUFMANN's claims and causes of action asserted in this action with prejudice.[1]

The parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action as to the claims dismissed by this stipulation and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any

---

[1] Plaintiff William J. Berry, Jr.'s claims and causes of action asserted in this action were previously dismissed in the October 18, 2019 Order Granting in Part Defendant's Motion for Summary Judgment. [ECF No. 99].

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

forum that would be available for the claims dismissed by this stipulation.

Each party to this stipulation shall bear its own costs and fees for the claims dismissed by this stipulation.

Dated:  September 27, 2021

Respectfully submitted,

*/s/ Danielle J. Barraza*
JASON R. MAIER, ESQ.
DANIELLE J. BARRAZA, ESQ.
MAIER GUTIERREZ & ASSOCIATES

KATHLEEN J. ENGLAND, ESQ.
GILBERT & ENGLAND LAW FIRM

Attorneys for Plaintiffs

Dated:  September 27, 2021

Respectfully submitted,

*/s/ Ethan D. Thomas*
PATRICK H. HICKS, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
DESERT PALACE, INC.
d/b/a CAESARS PALACE

**IT IS SO ORDERED.**

Dated:  __September 27__, 2021.

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.